NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-7120

RICHARD GAMBILL,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 06-1943, Judge William A. Moorman.

ON MOTION

## O R D E R

Richard Gambill moves for a 15-day extension of time, until February 12, 2009, to file his reply brief and for leave to file a supplemental appendix attached to his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

FEB 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Mark R. Lippman, Esq.
      Elizabeth A. Holt, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 8 2009

JAN HORBALY
CLERK